# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Esteban Banuelos Armenta, Jr.,<br><br>        Defendant. | No. CR-10-02684-TUC-RCC (CRP)<br><br>**REPORT & RECOMMENDATION** |

This matter came before the Court on February 2, 2015 for evidentiary hearing on Petition to Revoke Supervised Release. Defendant is alleged to have violated Standard Conditions Numbers 1 and 7. (Doc. 46 (Petition alleging Allegations (A)(1)-(4) and (B)(1)). As to Standard Condition No. 1: "You shall not commit another federal, state, or local crime during the term of supervision", the Petition alleges that on or about June 1, 2013, Defendant committed four state offenses, including the offense of Threatening/Intimidating, Gang Threats (felony) in violation of A.R.S. § 13-1202(A)(3), a Grade B violation, 7B.1(a)(2). (Doc. 46 (Allegation (A)(1)). At the hearing the government stated that it intends to dismiss Allegations (A)(2)-(4) and Allegation (B)(1) at the disposition hearing, and the matter proceeded on Allegation (A)(1). United States Probation Officer Michelle Noli testified on behalf of the government and Exhibits 1 through 8 were admitted.

The issue raised by Defendant was that there was no proof that the person incarcerated at ADOC for the offense alleged in the Petition was the Defendant. The Magistrate Judge finds that the exhibits show that Defendant was that same person, that same person was released on detainer to the United States Marshals Service on December 18, 2014, and is the same person who was before this Court at the February 2, 2015

hearing.

The Magistrate Judge recommends that the District Court, after its independent review, find that Defendant has violated his conditions of supervised release as alleged in Allegation (A)(1) of the Petition.

As to Defendant's oral motion to dismiss based on multiplicity of allegations, the Magistrate Judge recommends that such motion be denied as there is no capacity for confusion concerning the allegations nor any strategic decision that need to be made as to how to defend the multiple allegations.

**RECOMMENDATION**

For the foregoing reasons, the Magistrate Judge recommends that the District Court, after its independent review:

(1) find that Petitioner has violated his Conditions of Supervised Release as alleged in Allegation (A)(1) of the Petition to Revoke Supervised Release (Doc. 46); and

(2) deny Defendant's oral motion to dismiss the Petition as multiplicitous.

Pursuant to 28 U.S.C. §636(b), the parties have **FOURTEEN (14) DAYS** from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any Objections and Responses to Objections filed should be filed as **CR 10-2684-TUC-RCC**. No Replies shall be filed unless leave is granted from the District Court.

Failure to file objections in accordance with Fed.R.Crim.P. 59 will result in waiver of the right to review.

Dated this 3rd day of February, 2015.

_Charles R Pyle_
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE