1

2

3

4

5             **UNITED STATES DISTRICT COURT**

6               **DISTRICT OF ARIZONA**

7

| United States of America, | ) | CR 10-02684-TUC-RCC [CRP] |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| Esteban Banuelos Armenta, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

13          This matter was referred to the U.S. Magistrate Judge for a Report and

14   Recommendation on Defendant's Motion to Dismiss the Petition.  Before the Court

15   is Magistrate Judge Pyle's Report and Recommendation. The Magistrate Judge

16   recommends to the Court that the Motion to Dismiss the Petition should be **DENIED.**

17    Accordingly, after conducting a review of the record;

18        **IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation

19   *[Doc 63]* in its entirety.  **IT IS FURTHER ORDERED** that Defendant's Motion

20   to Dismiss the Petition is **DENIED**.

21        A Final Disposition Hearing is set for April 15, 2015 at 9:10 a.m. before the

22   Honorable Chief Judge Raner C. Collins.

23        DATED this 26th day of March, 2015.

24

25                                    _____

26                                    Raner C. Collins
                                     Chief United States District Judge